[Civ. No. 1298. Second Appellate District.—May 8, 1913.]

DAKE ADVERTISING AGENCY (a Corporation), Respondent, v. THE FIELDING J. STILSON COMPANY (a Corporation), et al., Appellants.

DEFAULT JUDGMENT — AMOUNT INVOLVED — JURISDICTION OF SUPERIOR COURT.—The superior court is without jurisdiction to enter a default judgment against a stockholder of a corporation for an amount less than three hundred dollars.

ID.—ENTRY FOR EXCESSIVE AMOUNT—CORRECTION ON APPEAL.—When a default judgment has been entered for an amount in excess of that sued for, it may be corrected on appeal.

APPEAL from a judgment of the Superior Court of Los Angeles County. Frederick W. Houser, Judge.

The facts are stated in the opinion of the court.

Anderson & Anderson, for Appellants.

John Beardsley, for Respondent.

JAMES, J.—Plaintiff brought this action to recover from defendant corporation $608.57. The individual defendants were sued as stockholders of defendant. After demurrer, made on the general ground only, had been interposed and overruled, all of the defendants defaulted and judgment

was entered by the clerk. The judgment asked against F. J. Stilson was for $202.89, and as entered by the clerk was for the sum of $214.73. This judgment was erroneously entered because of the fact that the superior court was without jurisdiction to entertain the claim as against this defendant for an amount less than $300. Defendant Mary E. Stilson was sued for the sum of $405.68 and the judgment entered against her was for the sum of $429.34 and $8 costs. This sum was $23.66 in excess of the demand of the complaint.

The judgment as to defendant corporation is affirmed; the judgment as to defendant Fielding J. Stilson is reversed; the judgment as to defendant Mary E. Stilson is ordered to be modified by subtracting therefrom the sum of $23.66, and as so modified it is affirmed, this defendant to recover any costs she may have incurred on this appeal.

Allen, P. J., and Shaw, J., concurred.